```
Case # : 06-30904
Debtor : SOPHIE H. NG
Judge  : Thomas Carlson

Appeal          Office 3 - SF
-----------------------------------
Receipt# 30044270    Deputy : CG
Amount : $510.00
From   : PATRICIA HEWLETT
-----------------------------------
Filed  : November 05, 2007  3:20 PM

    Clerk, U.S. Bankruptcy Court
    Northern District of California
```

1  JAMES ATTRIDGE SBN 124003
   1390 Market Street, Suite 1204
2  San Francisco, Ca 94102
   415-552-3088
3  415-522-0150 fax

4  Attorney for Appellant Patricia Hewlett

5                                                      ECF - Exempt

6

7
                    UNITED STATES BANKRUPTCY COURT
8
         NORTHERN DISTRICT OF CALIFORNIA SAN FRANCISCO DIVISION
9

10
    In Re:
11

12
                                          **Chapter 11 Case No: 06-30904 TEC**
13  SOPHIE NG,

14

15             Debtor
                                          **NOTICE OF APPEAL**
16
    PATRICIA HEWLETT
17
              Movant/Appellant
18
    v.
19
    JANINA ELDER, Trustee,
20

21            Respondent/Appellee

22

23

24
          Patricia Hewlett ("Appellant') the movant in the above entitled Chapter 11
25
    proceedings by and through her counsel of record appeals under 28 USC 158 a) and b)
26
    from the order of turnover of real property entered by the court on September 28, 2007 and
27
    amended November 2, 2007.
28

                                          1

1  The parties to the order appealed from and the names of their respective attorneys
2  are:
3  Appellant: James Attridge, Esq.
4  1390 Market Street, Suite 1204
5  San Francisco, CA 94102

8  Appellee:  Janina Elder
9  Jeffrey Fillerup
10  Luce, Forward, Hamilton & Scripps
11  121 Spear Street, Suite 200
12  San Francisco, CA 94105

14  November 5, 2007

_____
James Attridge