IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA HEWLETT, | No. C-07-05883 MJJ |
| Plaintiff, | NOTICE OF FILING OF BANKRUPTCY APPEAL AND ORDER SETTING STATUS CONFERENCE |
| v. | |
| JANINA ELDER, | |
| Defendant. _____/ | |

RE:
    Bankruptcy Case:
    Adversary No.:
    BAP No.:

Appellant:

The appeal has been assigned the following case number C-07-05883 MJJ before the Honorable Martin J. Jenkins.

Upon the completion by parties of the perfection of the record pursuant to BR 8006 and 8007, the Bankruptcy Court will transmit a copy of the record on appeal to this court for docketing and issuance of a briefing schedule.

This matter is calendared for status conference on 2/26/2008 in Ctrm 11, 19th Floor, SF.

This date will stand vacated upon the filing in this Court of the record on appeal, at which time a briefing schedule will issue.

Dated: Nov 20, 2007

        For the Court
        Richard W. Wieking, Clerk


_____
By: Deputy Clerk

cc: USBC
    Counsel of Record