**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA HEWLETT, | No. C 07-05883 CRB |
|     Plaintiff, | **Clerk's Notice** |
| v. | |
| JANINA ELDER, | |
|     Defendant._____/ | |

YOU ARE NOTIFIED THAT the Court has scheduled the initial case management conference for Friday, February 29, 2008 at 8:30 a.m. before the Honorable Charles R. Breyer. The initial case management scheduling order shall remain the same.

Please report to Courtroom 8, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: December 20, 2007                                   FOR THE COURT,

                                                                                   Richard W. Wieking, Clerk
                                                                                   By: _____
                                                                                   Barbara Espinoza
                                                                                   Courtroom Deputy