**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA HEWLETT, | No. C 07-05883 CRB |
| Plaintiff, | **Clerk's Notice** |
| v. | |
| JANINA ELDER, | |
| Defendant.  / | |

YOU ARE NOTIFIED THAT the Court has vacated the initial case management conference set for February 29, 2008.

Dated:   December 20, 2007            FOR THE COURT,

Richard W. Wieking, Clerk
By: _____
     Barbara Espinoza
     Courtroom Deputy