Michael A. Isaacs, State Bar No. 99782
Jeffrey L. Fillerup, State Bar No. 120543
Nhung Le, State Bar No. 209552
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
Rincon Center II, 121 Spear Street, Suite 200
San Francisco, California 94105-1582
Telephone No.: 415.356.4600
Fax No.: 415.356.4610
E-Mail:    misaacs@luce.com
           jfillerup@luce.com
           nle@luce.com

Attorneys for Appellee JANINA M. ELDER,
Chapter 11 Trustee

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PATRICIA ISABELLE HEWLETT,<br><br>        Appellant,<br><br>v.<br><br>JANINA M. ELDER, Trustee,<br><br>        Appellee. | Case No. 07-CV-05883 CRB<br><br>**APPELLEE'S AMENDED COUNTER-DESIGNATION OF RECORD ON APPEAL (REGARDING BANKRUPTCY COURT ORDERS)** |

      Appellee Janina M. Elder, Chapter 11 Trustee (the "Trustee") hereby files this Amended Counter-Designation of the Record on Appeal in connection with the appeal filed by appellant Patricia Hewlett on November 5, 2007, as follows:

      On November 21, 2007, the Trustee filed her Counter-Designation of the Record on Appeal in response to the notice of appeal filed by Patricia Hewlett on November 5, 2007. At page 11 of the Trustee's Counter-Designation, the Trustee listed a series of Bankruptcy Court orders. The Trustee's counsel subsequently learned that some of the Bankruptcy Court orders listed on page 11 did not identify the correct docket number. The Trustee hereby submits a

corrected list of Bankruptcy Court orders, with the correct docket numbers, along with copies of the Bankruptcy Court orders, as follows:

### BANKRUPTCY COURT ORDERS

| DOCKET NO. | DATE FILED/DATE OF HEARING | DESCRIPTION OF DOCUMENT | DESCRIPTION OF EXHIBITS |
|---|---|---|---|
| 169 | Hearing: August 3, 2007<br>Order Entered: August 20, 2007 | Order Authorizing Trustee to Sell Clay Property and 21st Avenue Property Free and Clear of Liens and Interests | EXHIBIT A – Legal description of Clay Street Property<br><br>EXHIBIT B – Legal description of 21st Avenue Property |
| 193 | Hearing: September 28, 2007<br>Order Entered: September 28, 2007 | Order Re Turnover of Real Property at 1385 Clay Street, San Francisco, CA | N/A |
| 197 | Hearing: September 28, 2007<br>Order Entered: October 2, 2007 | Order Confirming Sale to Trustee's Buyer, Overruling Objection and Authorizing Payment of Real Estate Commission to Trustee's Broker (1385 Clay Street, San Francisco, CA) | EXHIBIT A – Legal description of Clay Street Property |
| 238 | Hearing: September 28, 2007<br>Order Entered: October 23, 2007 | Order Re Accounting for and Turnover of Tenant Rents and Security Deposits Re 1385 Clay Street, San Francisco, California | N/A |
| 242 | October 26, 2007 | Order Shortening Time for the Hearing of the Trustee's Motion to Amend Order Re Turnover of Real Property at 1385 Clay Street, San Francisco, California | N/A |

| 247 | Hearing: November 2, 2007 Order Entered: November 2, 2007 | Order re Turnover of Real Property at 1385 Clay Street, San Francisco, California | N/A |
|---|---|---|---|

DATED: December 28, 2007        LUCE, FORWARD, HAMILTON & SCRIPPS LLP

By: _____
Jeffrey L. Fillerup
Attorneys for Appellee JANINA M. ELDER,
Chapter 11 Trustee

301025966.1