# 169

**Entered on Docket**
**August 20, 2007**
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

1 | Michael A. Isaacs, CSBN 99782
Jeffrey L. Fillerup, CSBN 120543
2 | Nhung Le, CSBN 209552
LUCE, FORWARD,
3 | HAMILTON & SCRIPPS LLP
Rincon Center II,
4 | 121 Spear Street, Suite 200
San Francisco, California 94105-1582
5 | Telephone No.: 415.356.4600
Fax No.: 415.356.4610
6 | E-Mail:    misaacs@luce.com
jfillerup@luce.com
7 | nle@luce.com

**Signed and Filed: August 17, 2007**

**THOMAS E. CARLSON**
**U.S. Bankruptcy Judge**

8 | Attorneys for JANINA M. ELDER, Chapter 11 Trustee

9 | UNITED STATES BANKRUPTCY COURT

10 | NORTHERN DISTRICT OF CALIFORNIA

11 | SAN FRANCISCO DIVISION

12 | In re

13 | SOPHIE H. NG

14 | Debtor.

Case No. 06-30904
Chapter 11
Hon. THOMAS E. CARLSON

**ORDER AUTHORIZING TRUSTEE TO SELL CLAY PROPERTY AND 21st AVENUE PROPERTY FREE AND CLEAR OF LIENS AND INTERESTS**

Date: August 3, 2007
Time: 10:30 a.m.
Place: 235 Pine Street
Courtroom 23
San Francisco, CA

On August 3, 2007, a hearing was held on the Motion to Sell Clay Property and 21st Avenue Property Free and Clear of Liens and Interests filed by Janina M. Elder, Chapter 11 Trustee of the estate of the above-named Debtor. Jeffrey L. Fillerup appeared on behalf of the Trustee. James Attridge appeared on behalf of Patricia Hewlett. Other appearances are noted in the record.

The Court considered the Notice, Motion, the Memorandum of Points of Authorities, the declarations filed in support thereof, the opposition filed by Patricia Hewlett, the reply

1  memorandum filed by the Trustee and having considered the arguments and statements made at

2  the hearing, it appearing from those documents that notice has been adequate and good cause

3  appearing, it is

4       ORDERED as follows:

5       1.     The Trustee is authorized to sell the property commonly known as 1385 Clay

6  Street, San Francisco, California, more particularly described in the Legal Description attached

7  as Exhibit A (the "Clay Property"), to the highest and best bidder in accordance with auction

8  procedures to be set by the Trustee and approved by the Court.

9       2.     The sale of the Clay Property shall be free and clear of the following liens:

10       a.     A Deed of Trust recorded in the Official Records on November 3, 2003 in

11  favor of United Commercial Bank in the amount of $2,150,000 as Instrument No. 2003-

12  H578650-00 and assigned to U.F. Service Corporation as Trustee;

13       b.     A Deed of Trust recorded in the Official Records on December 5, 2003 in

14  favor of Edward Tunney, Ann Marie Tunney, Anne Fisher and Lombard Street Loan Co.,

15  in the amount of $600,000 as Instrument No. 2003-H607840-00 and assigned to Chicago

16  Title Company as Trustee. An assignment of a 1/8 interest in the Deed of Trust from

17  Lombard Street Loan Co. to Pat Gregor was recorded on December 18, 2003.  An

18  assignment of a 1/16 interest in the Deed of Trust from Lombard Street Loan Co. to

19  Catherine P. Howe and an assignment of a 1/16 interest in the Deed of Trust from

20  Lombard Street Loan Co. to Gary P. LaGree were recorded on January 29, 2004;

21       c.     A Deed of Trust recorded in the Official Records on December 5, 2003 in

22  favor of Ward Realty and Lombard Street Loan Co. in the amount of $60,000 as

23  Instrument No. 2003-H606841-00 and assigned to Chicago Title Company as Trustee. The

24  records reflect that, on February 8, 2005, Lombard Street Loan Co. assigned a

25  30,000/60,000 interest in the Deed of Trust to John Kalayjian;

26       d.     A Financing Statement recorded by United Commercial Bank on March 5,

27  2004 as Instrument No. 2004-H670769-00;

28       e.     An Abstract of Judgment recorded in the Official Records on February 24,

1    2005 in favor of Nick Meyers in the amount of $3,070 as Instrument No. 2005-H910139-

2    00;

3    f.    An Abstract of Judgment recorded in the Official Records on March 30,

4    2005 in favor of Satoshi Miyauchi in the amount of $1,989.25 as Instrument No. 2005-

5    H929839-00;

6    g.    A Deed of Trust recorded in the Official Records on January 17, 2006 in

7    favor of Lombard Street Loan Co. in the amount of $26,920 as Instrument No. 2006-

8    I113000-00 and assigned to Fidelity National Title Company as Trustee; and

9    h.    A Deed of Trust recorded in the Official Records on January 17, 2006 in

10    favor of Lombard Street Loan Co. in the amount of $50,000 as Instrument No. 2006-

11    I113001-00 and assigned to Fidelity National Title Company as Trustee. An assignment of

12    the Deed of Trust to Lombard Street Employees Plan was recorded on May 2, 2006.

13    3.    Except to the extent paid from escrow, the liens listed in Paragraph 2(a)-(h) above,

14    if and to the extent valid, shall reattach to the proceeds of sale from the Clay Property, in the same

15    amount, and to the same extent, validity and priority as they attached to the Clay Property.

16    4.    The Trustee is authorized to pay to any lienholder against the Clay Property,

17    whether from the escrow for the sale of the Clay Property or otherwise, the undisputed amount

18    secured by any lien against the Clay Property.

19    5.    The sale of the Clay Property shall be free and clear of the claim by Patricia

20    Hewlett as set forth in the proof of claim filed by Ms. Hewlett on January 19, 2007 pursuant to

21    Sections 363(f)(4) and 363(f)(5) of the Bankruptcy Code.  However, Ms. Hewlett may submit

22    an offer to purchase the Clay Property along with other bidders and in accordance with the

23    auction procedures set by the Trustee and approved by the Court.

24    6.    Patricia Hewlett shall cooperate with the Trustee in the Trustee's marketing and

25    sale of the Clay Property to bidders and potential bidders, and Ms. Hewlett shall  provide the

26    Trustee or  her broker with documents necessary to market the Clay Property.

27    7.    The Trustee is authorized to sell the property commonly known as 232 21st

28    Avenue, San Francisco, California, more particularly described in the Legal Description

3

1  attached as Exhibit B (the "21st Property"), to the highest and best bidder in accordance with

2  auction procedures to be set by the Trustee and approved by the Court.

3          8.     The sale of the 21st Property shall be free and clear of the following liens:

4          a.     A Deed of Trust recorded in the Official Records on October 1, 2002 in

5  favor of Imperial Capital Bank in the amount of $855,000 as Instrument No. 2002-

6  H261178-00 and assigned to S.B.S Trust Deed Network as Trustee;

7          b.     A Deed of Trust recorded in the Official Records on December 18, 2002 in

8  favor of CMR Mortgage Fund LLC in the amount of $150,000 as Instrument No. 2002-

9  H313445-00 and assigned to California Mortgage and Realty, Inc. as Trustee. The Official

10  Records reflect that the Deed of Trust has been assigned to Pensco Trust Co. Custodian

11  FBO David Choo IRA Ch107;

12          c.     A Deed of Trust recorded in the Official Records on October 30, 2003 in

13  favor of Edward Tunney, Ann Marie Tunney, Anne Fisher and Lombard Street Loan Co.,

14  in the amount of $600,000 as Instrument No. 2003-H575574-00 and assigned to Chicago

15  Title Company as Trustee. An assignment of a 1/8 interest in the Deed of Trust from

16  Lombard Street Loan Co. to Pat Gregor was recorded on December 18, 2003.   An

17  assignment of a 1/16 interest in the Deed of Trust from Lombard Street Loan Co. to

18  Catherine P. Howe and an assignment of a 1/16 interest in the Deed of Trust from

19  Lombard Street Loan Co. to Gary P. LaGree were recorded on January 29, 2004;

20          d.     A Deed of Trust recorded in the Official Records on October 30, 2003 in

21  favor of Ward Realty and Lombard Street Loan Co. in the amount of $60,000 as

22  Instrument No. 2003-H575575-00 and assigned to Chicago Title Company as Trustee. The

23  records reflect that, on February 8, 2005, Lombard Street Loan Co. assigned a

24  30,000/60,000 interest in the Deed of Trust to John Kalayjian;

25          e.     An Abstract of Judgment recorded in the Official Records on February 24,

26  2005 in favor of Nick Meyers in the amount of $3,070 as Instrument No. 2005-H910139-

27  00;

28          f.     An Abstract of Judgment recorded in the Official Records on March 30,

1   2005 in favor of Satoshi Miyauchi in the amount of $1,989.25 as Instrument No. 2005-
2   H929839-00;

3        g.      A Deed of Trust recorded in the Official Records on January 17, 2006 in
4   favor of Lombard Street Loan Co. in the amount of $26,920 as Instrument No. 2006-
5   I112998-00 and assigned to Fidelity National Title Company as Trustee; and

6        h.      A Deed of Trust recorded in the Official Records on January 17, 2006 in
7   favor of Lombard Street Loan Co. in the amount of $50,000 as Instrument No. 2006-
8   I112999-00 and assigned to Fidelity National Title Company as Trustee. An assignment of
9   the Deed of Trust to Lombard Street Employees Plan was recorded on May 2, 2006.

10       9.      Except to the extent paid from escrow, the liens listed in Paragraph 8(a)-(h) above,
11  if and to the extent valid, shall reattach to the proceeds of sale from the 21st Property, in the same
12  amount, and to the same extent, validity and priority as they attached to the 21st Property.

13       10.     The Trustee is authorized to pay to any lienholder against the 21st Property,
14  whether from the escrow for the sale of the 21st Property or otherwise, the undisputed amount
15  secured by any lien against the 21st Property.

16       11.     In the event payoff demands are not timely received or not agreed to by the
17  Trustee, the title company utilized by the Trustee is authorized to pay to the Trustee any net
18  proceeds of sale applicable to lienholder in paragraph 2(a)-(h) above and paragraph 8(a)-(h)
19  above.

20       12.     At a later date, on an ex parte basis, the Trustee shall apply to the Court for an
21  order identifying the buyer and purchase price for the Clay Property and the 21st Property and
22  authorizing the sale(s) to the specified buyer(s) in accordance with the terms of this Order.

23       13.     The Trustee is authorized to take any and all steps and execute any and all
24  documents necessary or appropriate to carry out the intents and purposes of this Order.

25  / / /
26  / / /
27  / / /
28  / / /

Title No. 07-**36903601**-RG
Locate No. CACTI7738-7741-2370-0036903601

## LEGAL DESCRIPTION

### EXHIBIT "A"

THE LAND REFERRED TO HEREIN BELOW IS SITUATED IN THE CITY OF SAN FRANCISCO, COUNTY OF SAN FRANCISCO, STATE OF CALIFORNIA AND IS DESCRIBED AS FOLLOWS:

COMMENCING at the point of intersection of the Southerly line of Clay Street and the Easterly line of Leavenworth Street; running thence Easterly along said line of Clay Street 100 feet; thence at a right angle Southerly 35 feet 6 inches; thence at a right angle Westerly 100 feet to the Easterly line of Leavenworth Street; thence at a right angle Northerly along said line of Leavenworth Street 35 feet 6 inches to the point of commencement.

BEING portion of 50 Vara Block No. 246.

APN: Lot 29, Block 220

CLTA Preliminary Report Form (11/17/04)

**EXHIBIT A**

Title No. 07-**36903536**-RG
Locate No. CACTI7738-7741-2370-0036903536

**LEGAL DESCRIPTION**

**EXHIBIT "A"**

THE LAND REFERRED TO HEREIN BELOW IS SITUATED IN THE CITY OF SAN FRANCISCO, COUNTY OF SAN FRANCISCO, STATE OF CALIFORNIA AND IS DESCRIBED AS FOLLOWS:

BEGINNING at a point on the Easterly line of Twenty-first Avenue, distant thereon 175 feet Southerly from the Southerly line of California Street; running thence Southerly along the Easterly line of Twenty-first Avenue 25 feet; thence at a right angle Easterly 120 feet; thence at a right angle Northerly 25 feet; thence at a right angle Westerly 120 feet to the point of beginning.

BEING a portion of Outside Land Block No. 162.

APN: Lot 035, Block 1413

2

CLTA Preliminary Report Form (11/17/04)

**EXHIBIT B**

1

**END OF ORDER**

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

6

**\*\*COURT SERVICE LIST\*\***

| | |
|---|---|
| OFFICE OF THE UNITED STATES TRUSTEE<br>235 Pine Street, Suite 700<br>San Francisco, CA 94104 | **DEBTOR**<br><br>Sophie H. Ng<br>232 21st Avenue, # 6<br>San Francisco, CA 94121 |
| **DEBTOR'S COUNSEL**<br><br>Lewis Phon<br>LAW OFFICES OF LEWIS PHON<br>350 Sansome St. #230<br>San Francisco, CA 94104-1315 | |
| **COUNSEL FOR PATRICIA HEWLETT**<br><br>James Attridge, Esq.<br>1390 Market Street, Suite 1204<br>San Francisco, CA 94102 | Patricia Hewlett<br>1385 Clay Street #3<br>San Francisco, CA 94109 |
| **COUNSEL FOR<br>UNITED COMMERCIAL BANK**<br><br>John P. Christian, Esq.<br>TOBIN & TOBIN<br>500 Sansome Street, 8th Floor<br>San Francisco, CA 94111-3214 | Dennis A. Lee,<br>Agent For Service Of Process For<br>UNITED COMMERCIAL BANK<br>555 Montgomery Street, 14th Floor<br>M/S 401<br>San Francisco, CA 94111 |
| Edward Tunney ,<br>Ann Marie Tunney,<br>Anne Fisher,<br>Catherine P. Howe,<br>Pat Gregor<br>Gary P. La Gree<br>c/o Fred Koopman<br>LOMBARD STREET LOAN CO.<br>940 Bay Street #18<br>San Francisco, CA 94109-1132 | WARD REALTY,<br>LOMBARD STREET LOAN COMPANY,<br>John Kalayjian<br>c/o Fred Koopman<br>940 Bay Street #18<br>San Francisco, CA 94109-1132 |
| Nick Myers<br>2230 Sacramento Street #3<br>San Francisco, CA 94115 | Satoshi Miyauchi<br>MARSHALL SUZUKI LAW GROUP<br>150 Spear Street, Suite 725<br>San Francisco, CA 94105 |
| LOMBARD STREET LOAN COMPANY,<br>Attn: Fred Koopman, owner<br>940 Bay Street #18<br>San Francisco, CA 94109-1132 | **ATTORNEY FOR IMPERIAL CAPITAL BANK**<br><br>Dennette A. Mulvaney, Esq.<br>BISNO, SAMBERG & MULVANEY, LLP<br>21700 Oxnard Street, Suite 430<br>Woodland Hills, California 91367-3665 |

| | |
|---|---|
| CT Corporation Systems<br>Agent for Service of Process for<br>IMPERIAL CAPITAL BANK<br>181 West Seventh Street<br>Los Angeles, CA 90017 | PENSCO TRUST CO.,<br>Custodian FBO David Choo IRA Ch107<br>c/o California Mortgage & Realty<br>62 1st Street, 4th Floor<br>San Francisco, CA 94105 |
| **ATTORNEY FOR CALIFORNIA**<br>**MORTGAGE AND REALTY, INC.**<br><br>Jeffery D. Trowbridge, Esq.<br>Attorney for California Mortgage and Realty,<br>Inc., as trustee for Pensco Trust Co.<br>Custodian FBO David Choo IRA Ch107<br>180 Grand Avenue, Suite 1550<br>Oakland, CA 94612 | LOMBARD STREET EMPLOYEES PLAN<br>c/o Fred Koopman<br>940 Bay Street #18<br>San Francisco, CA 94109-1132 |
| Pat Gregor<br>P.O. Box 237<br>Nevada City, CA 95959 | Catherine P. Howe<br>P.O. Box 41<br>Mill Valley, CA 94942-0041 |
| Gary P. La Gree<br>1213 Blackberry Circle<br>Folsom, CA 95630 | Litton Loan Servicing, LLP<br>c/o Hilary B. Bonial<br>Brice, Vander, Linden & Wernick, P.C.<br>P.O. Box 829009<br>Dallas, TX 75382-9009 |
| American Express Centurion Bank<br>c/o Becket and Lee LLP<br>P.O. Box 3001<br>Malvern, PA 19355-0701 | Benjamin R. Levinson<br>Law Office of Benjamin R. Levinson<br>46 N. Second Street, Suite A<br>Campbell, CA 95008 |

301012957.2