# 193

Entered on Docket
September 28, 2007
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: September 28, 2007

_____
THOMAS E. CARLSON
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>SOPHIE H. NG,<br><br><br><br><br><br>Debtor. | Case No: 06-30904 TEC 11<br><br>Chapter 11<br><br>Date: September 28, 2007<br>Time: 9:30 a.m.<br>Ctrm: Hon. Thomas E. Carlson<br>  235 Pine Street<br>  San Francisco, CA |

**ORDER RE TURNOVER OF REAL PROPERTY AT 1385 CLAY STREET, SAN FRANCISCO, CALIFORNIA**

The court held a hearing at the above date and time on the chapter 11 trustee's Motion for Order to Recover Past-Due Rents, Future Rent Payments, Security Deposits, and for Order Removing Patricia Hewlett from the real property located at 1385 Clay Street, San Francisco (the Property). Jeffrey L. Fillerup appeared for the chapter 11 trustee, Janina M. Elder (Trustee). James Attridge appeared for Ms. Hewlett. John P. Christian appeared for United Commercial Bank.

Upon due consideration, and for the reasons stated on the record at the hearing, the court hereby orders as follows:

1. Effective 12:00 noon September 28, 2007, all tenants of the Property shall make all rent payments to Trustee rather than to Patricia Hewlett, including payment of any past-due rent for a rental period prior to that date.

2. Effective 12:00 noon September 28, 2007, all possessory, management, ownership, and other interests of Patricia Hewlett in the Property are terminated.

3. Effective 12:00 noon September 28, 2007, Trustee shall enjoy all possessory, management, ownership, and other rights in the Property until sale of the Property closes or until this court orders otherwise.

4. Effective 12:00 noon September 28, 2007, Patricia Hewlett is enjoined from going onto any part of the Property, except as expressly authorized by an order of this court or upon express consent of Trustee.

5. Effective 12:00 noon September 28, 2007, Trustee is authorized to use a locksmith to enter the Property and to change the locks to all common and storage areas thereof.

6. The court will issue a separate order re accounting for and turnover of rents and tenant deposits.

**\*\*END OF ORDER\*\***

| | |
|---|---|
| 1 | **Court Service List** |
| 2 | Lewis Phon, Esq.<br>Law Offices of Lewis Phon |
| 3 | 350 Sansome St. #230<br>San Francisco, CA 94104-1315 |
| 4 | |
| 5 | Michael A. Isaacs, Esq.<br>Jeffrey L. Fillerup, Esq.<br>Luce, Forward, Hamilton and Scripps |
| 6 | 121 Spear St. #200<br>San Francisco, CA 94105 |
| 7 | |
| 8 | James Attridge, Esq.<br>1390 Market St., Ste 1204<br>San Francisco, CA 94102 |
| 9 | |
| 10 | John M. Samberg, Esq.<br>21700 Oxnard St., Ste. 430<br>Woodland Hills, CA 91367-3665 |

ORDER RE TURNOVER OF REAL PROPERTY
AT 1385 CLAY ST., SAN FRANCISCO, CA

Case: 06-30904    Doc #: 193    Filed: 09/28/2007    Page 3 of 3