197

Entered on Docket
**October 02, 2007**
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



**Signed and Filed: October 01, 2007**

_____
**THOMAS E. CARLSON**
**U.S. Bankruptcy Judge**
_____

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | ) Case No. 06-30904 TC |
| | ) |
| SOPHIE H. NG, | ) Chapter 11 |
| | ) |
| | ) |
| | ) Date: September 28, 2007 |
| | ) Time: 10:30 a.m. |
| | ) Ctrm: Hon. Thomas E. Carlson |
| Debtor. | ) 235 Pine Street |
| | ) San Francisco, CA |

**ORDER CONFIRMING SALE TO TRUSTEE'S BUYER,**
**OVERRULING OBJECTION AND AUTHORIZING PAYMENT OF REAL ESTATE**
**COMMISSION TO TRUSTEE'S BROKER**
**(1385 Clay Street, San Francisco, CA)**

On September 21, 2007 at the hour of 10:30 a.m., a hearing was held concerning, among other things, an Objection to Sale filed by Patricia Hewlett (the "Objection"). James Attridge appeared on behalf of Patricia Hewlett. Jeffrey L. Fillerup and Michael A. Isaacs appeared on behalf of the Trustee, who also appeared. The Debtor, Sophie H. Ng, appeared on her own behalf. John Christian, Tobin & Tobin, appeared on behalf of United Commercial Bank. Dennette A. Mulvaney, Bisno, Samberg & Mulvaney, LLP, appeared on behalf of Imperial Capital Bank.

ORDER CONFIRMING SALE

-1-

1    The hearing held on September 21, 2007 followed a hearing on
2 September 14, 2007, at which time the Trustee presented to the
3 Court an offer to purchase the real property commonly known as 1385
4 Clay Street, San Francisco, California (the "Clay Property"), as
5 more specifically described in **Exhibit A** attached hereto.  The
6 offer from A.J. Batt for the account of Romel California LLC
7 ("Mr. Batt") was accepted by the Trustee and approved by the Court,
8 subject to an overbid to be presented by Patricia Hewlett on
9 September 17, 2007.
10    After the auction on September 17, 2007, Ms. Hewlett filed her
11 Objection to Sale.  The Trustee responded by filing her Trustee's
12 Response to Objection to Sale, Declaration of Janina M. Elder
13 Regarding Patricia Hewlett's Objection to Sale, and the Declaration
14 of Mark Benson Regarding Patricia Hewlett's Objection to Sale.
15    The Court having considered the foregoing documents, arguments
16 of counsel at the time of the hearing, and the Court finding that
17 the sale by the Trustee to Mr. Batt fell within the Trustee's
18 business judgment, and good cause appearing therefor, it is
19    ORDERED as follows:
20    1.    The Objection is overruled.
21    2.    The Trustee is authorized to sell the real property
22 commonly known as 1385 Clay Street, San Francisco, California to
23 A.J. Batt or his designee for the sum on $4,680,000.
24    3.    The Trustee is authorized to take any and all steps
25 and execute any and all documents necessary or appropriate to carry
26 out the sale confirmed by this Order, including, in her
27 determination, completing the sale of the Clay Property at the
28

**ORDER CONFIRMING SALE**

-2-

1 purchase price of $4,600,000 and providing for a hold back up to

2 $80,000, as contemplated by the sale contract at issue.

3    4.    As provided for in this Court's prior order entered

4 August 20, 2007 in Paragraph 2(a)-(h), the sale shall be free and

5 clear of the following liens:

6        "a.    A Deed of Trust recorded in the Official Records on

7        November 3, 2003 in favor of United Commercial Bank in the

8        amount of $2,150,000 as Instrument No. 2003-H578650-00 and

9        assigned to U.F. Service Corporation as Trustee;

10        b.    A Deed of Trust recorded in the Official Records on

11        December 5, 2003 in favor of Edward Tunney, Ann Marie Tunney,

12        Anne Fisher and Lombard Street Loan Co., in the amount of

13        $600,000 as Instrument No. 2003-H607840-00 and assigned to

14        Chicago Title Company as Trustee.    An assignment of a 1/8

15        interest in the Deed of Trust from Lombard Street Loan Co. to

16        Pat Gregor was recorded on December 18, 2003.    An assignment

17        of a 1/16 interest in the Deed of Trust from Lombard Street

18        Loan Co. to Catherine P. Howe and an assignment of a 1/16

19        interest in the Deed of Trust from Lombard Street Loan Co. to

20        Gary P. LaGree were recorded on January 29, 2004;

21        c.    A Deed of Trust recorded in the Official Records on

22        December 5, 2003 in favor of Ward Realty and Lombard Street

23        Loan Co. in the amount of $60,000 as Instrument No. 2003-

24        H606841-00 and assigned to Chicago Title Company as Trustee.

25        The records reflect that, on February 8, 2005, Lombard Street

26        Loan Co. assigned a 30,000/60,000 interest in the Deed of

27        Trust to John Kalayjian;

28

ORDER CONFIRMING SALE

-3-

1        d.    A Financing Statement recorded by United Commercial

2    Bank on March 5, 2004 as Instrument No. 2004-H670769-00;

3        e.    An Abstract of Judgment recorded in the Official

4    Records on February 24, 2005 in favor of Nick Meyers in the

5    amount of $3,070 as Instrument No. 2005-H910139-00;

6        f.    An Abstract of Judgment recorded in the Official

7    Records on March 30, 2005 in favor or Satoshi Miyauchi in the

8    amount of $1,989.25 as Instrument No. 2005-H929839-00;

9        g.    A Deed of Trust recorded in the Official Records on

10    January 17, 2006 in favor of Lombard Street Loan Co. in the

11    amount of $26,920 as Instrument No. 2006-I113000-00 and

12    assigned to Fidelity National Title Company as Trustee; and

13        h.    A Deed of Trust recorded in the Official Records on

14    January 17, 2006 in favor of Lombard Street Loan Co. in the

15    amount of $50,000 as Instrument No. 2006-I113001-00 and

16    assigned to Fidelity National Title Company as Trustee.    An

17    assignment of the Deed of Trust to Lombard Street Employees

18    Plan was recorded on May 2, 2006."

19        5.    As provided for in Paragraph 5 of this Court's prior

20    order entered August 20, 2007, the sale shall be free and clear of

21    all interests of Patricia Hewlett.

22        6.    Except to the extent the liens are paid from escrow, the

23    liens listed in Paragraphs 4(a)-(h) above, and the interests of

24    Ms. Hewlett listed in Paragraph 5 above, shall attach to the

25    proceeds of sale from the Clay Property, in the same amount, and to

26    the same extent, validity, and priority as they attached to the

27    Clay Property.

28        7.    The Trustee is authorized to pay to any lienholder

ORDER CONFIRMING SALE

-4-

1 against the Clay Property, whether from escrow for the sale of the
2 Clay Property or otherwise, the undisputed amount secured by any
3 lien against the Clay Property.

4     8.    Any title company or escrow agent utilized by the Trustee
5 for the escrow noted herein shall be directed by the Trustee to
6 turn over to the Trustee any sale proceeds not disbursed pursuant
7 to Paragraph 7 above.

8     9.    The Trustee is authorized to disburse from escrow 2.5% of
9 the purchase price to her broker, Mark Benson, whose employment was
10 authorized by the Court on May 29, 2007.

11                          **END OF ORDER**

ORDER CONFIRMING SALE
                                    -5-

Title No. 07-**36903601**-RG
Locate No. CACTI7738-7741-2370-0036903601

**LEGAL DESCRIPTION**

**EXHIBIT "A"**

THE LAND REFERRED TO HEREIN BELOW IS SITUATED IN THE CITY OF SAN FRANCISCO, COUNTY OF SAN FRANCISCO, STATE OF CALIFORNIA AND IS DESCRIBED AS FOLLOWS:

COMMENCING at the point of intersection of the Southerly line of Clay Street and the Easterly line of Leavenworth Street; running thence Easterly along said line of Clay Street 100 feet; thence at a right angle Southerly 35 feet 6 inches; thence at a right angle Westerly 100 feet to the Easterly line of Leavenworth Street; thence at a right angle Northerly along said line of Leavenworth Street 35 feet 6 inches to the point of commencement.

BEING portion of 50 Vara Block No. 246.

APN: Lot 29, Block 220

2

CLTA Preliminary Report Form (11/17/06)

**EXHIBIT A**

**\*\* COURT SERVICE LIST \*\***

| | |
|---|---|
| OFFICE OF THE UNITED STATES TRUSTEE<br>235 Pine Street, Suite 700<br>San Francisco, CA 94104 | Sophie H. Ng<br>232 21st Avenue, # 6<br>San Francisco, CA 94121 |
| Lewis Phon<br>LAW OFFICES OF LEWIS PHON<br>350 Sansome St. #230<br>San Francisco, CA 94104-1315 | James Attridge, Esq.<br>1390 Market Street, Suite 1204<br>San Francisco, CA 94102 |
| John P. Christian, Esq.<br>TOBIN & TOBIN<br>500 Sansome Street, 8th Floor<br>San Francisco, CA 94111-3214 | Edward Tunney ,<br>Ann Marie Tunney,<br>Anne Fisher,<br>Catherine P. Howe,<br>Pat Gregor<br>Gary P. La Gree<br>c/o Fred Koopman<br>LOMBARD STREET LOAN CO.<br>940 Bay Street #18<br>San Francisco, CA 94109-1132 |
| WARD REALTY,<br>LOMBARD STREET LOAN COMPANY,<br>John Kalayjian<br>c/o Fred Koopman<br>940 Bay Street #18<br>San Francisco, CA 94109-1132 | Nick Myers<br>2230 Sacramento Street #3<br>San Francisco, CA 94115 |
| Satoshi Miyauchi<br>MARSHALL SUZUKI LAW GROUP<br>150 Spear Street, Suite 725<br>San Francisco, CA 94105 | LOMBARD STREET LOAN COMPANY,<br>Attn: Fred Koopman, owner<br>940 Bay Street #18<br>San Francisco, CA 94109-1132 |
| Dennette A. Mulvaney, Esq.<br>BISNO, SAMBERG & MULVANEY, LLP<br>21700 Oxnard Street, Suite 430<br>Woodland Hills, California 91367-3665 | LOMBARD STREET EMPLOYEES PLAN<br>c/o Fred Koopman<br>940 Bay Street #18<br>San Francisco, CA 94109-1132 |
| Pat Gregor<br>P.O. Box 237<br>Nevada City, CA 95959 | Catherine P. Howe<br>P.O. Box 41<br>Mill Valley, CA 94942-0041 |
| Gary P. La Gree<br>1213 Blackberry Circle<br>Folsom, CA 95630 | |

301017114.1

1

<u>**Court Service List**</u>

2

3  Office of the U.S. Trustee
235 Pine Street
4  Suite 700
San Francisco, CA 94104
5
Lewis Phon, Esq.
6  Law Offices of Lewis Phon
350 Sansome Street, Suite 230
7  San Francisco, CA 94104-1315

8  John P. Christian, Esq.
Tobin & Tobin
9  500 Sansome Street, 8th Floor
Francisco, CA 94111
10
Michael A. Isaacs, Esq.
11  Jeffery L. Fillerup, Esq.
Luce, Forward, Hamilton and Scripps
12  121 Spear Street, Suite 200
San Francisco, CA 94105
13
Dennette A. Mulvaney, Esq.
14  Bisno, Samberg and Mulvaney, LLP
21700 Oxnard Street, Suite 430
15  Woodland Hills, CA 91367

16  James Attridge, Esq.
Scopelitis, Garvin, Light and Hanson
17  1390 Market Street, Suite 1204
San Francisco, CA 94102-5306
18
Ward Realty
19  Lombard Street Loan Company
John Kalayjian
20  c/o Fred Koopman
940 Bay Street, Suite 18
21  San Francisco, CA 94109

22  Pat Gregor
PO Box 237
23  Nevada City, CA 95959

24  Gary P. La Gree
1213 Blackberry Circle
25  Folsom, CA 95630

26  Nick Myers
2230 Sacramento Street, Suite 3
27  San Francisco, CA 94115

28  Catherine P. Howe
PO Box 41
Mill Valley, CA 94942-0041