238

Entered on Docket
October 23, 2007
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: October 23, 2007

_____
THOMAS E. CARLSON
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>SOPHIE H. NG,<br><br><br><br><br><br>                    Debtor. | Case No: 06-30904 TEC 11<br><br>Chapter 11<br><br>Date: September 28, 2007<br>Time: 9:30 a.m.<br>Ctrm: Hon. Thomas E. Carlson<br>      235 Pine Street<br>      San Francisco, CA |

**ORDER RE ACCOUNTING FOR AND TURNOVER OF TENANT RENTS AND SECURITY DEPOSITS RE 1385 CLAY STREET, SAN FRANCISCO, CALIFORNIA**

The court held a hearing at the above date and time on the chapter 11 trustee's Motion for Order to Recover Past-Due Rents, Future Rent Payments, Security Deposits, and for Order Removing Patricia Hewlett from the real property located at 1385 Clay Street, San Francisco (the Property). Jeffrey L. Fillerup appeared for the chapter 11 trustee, Janina M. Elder (Trustee). James Attridge appeared for Ms. Hewlett. John P. Christian appeared for United Commercial Bank.

Upon due consideration, and for the reasons stated on the record at the hearing, the court hereby orders as follows:

1    (1) On or before November 7, 2007, Patricia Hewlett shall file and serve upon counsel for trustee a declaration, sworn under penalty of perjury, that accounts for all income received and expenses paid by Ms. Hewlett while she had possession of the Property pursuant to the lease-option agreement, and which provides as follows:

    (a) A detailed list, organized by apartment number, of all rents and tenant deposits received by or on behalf of Ms. Hewlett. The detailed list shall include the date the rent or the security deposit was received, the amount of the rent or security deposit, and the account, if any, into which the rent or security deposit was deposited. If already noted in Ms. Hewlett's records, the list shall also include the check or cashier's check number, if the rent or security deposit was paid by check or cashier's check.

    (b) A detailed list of all expenses that Ms. Hewlett contends were spent for maintenance of the Property. The detailed list shall include the date the expense was paid, the check number (if any), the amount of the payment, the payee, and the purpose of the expenditure.

    (2) Ms. Hewlett shall attach as an exhibit to the sworn declaration required by paragraph (1) of this order true and correct copies of all bank or other account statements that include evidence of tenant rent or security deposits received or expenses paid re the Property during the period that Ms. Hewlett was in possession of the Property pursuant to the lease-option agreement.

ORDER RE ACCOUNTING AND TURNOVER OF
TENANT RENTS AND SECURITY DEPOSITS   -2-
Case: 06-30904   Doc #: 238   Filed: 10/23/2007   Page 2 of 4

1    (3) On or before November 7, 2007, Ms. Hewlett shall turnover
2 to counsel for the trustee any tenant rents or security deposits
3 received re the Property over which Ms. Hewlett still has
4 possession, custody, or control.
5                         **END OF ORDER**

## Court Service List

Lewis Phon, Esq.
Law Offices of Lewis Phon
350 Sansome St. #230
San Francisco, CA 94104-1315

Michael A. Isaacs, Esq.
Jeffrey L. Fillerup, Esq.
Luce, Forward, Hamilton and Scripps
121 Spear St. #200
San Francisco, CA 94105

James Attridge, Esq.
1390 Market St., Ste 1204
San Francisco, CA 94102