# 242

**Entered on Docket**
**October 26, 2007**
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: October 26, 2007

_____
**THOMAS E. CARLSON**
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

In re

SOPHIE NG,

    Debtor.

Case No. 06-30904 TEC 11

Chapter 11

Date:  November 2, 2007
Time:  10:30 a.m.
Place: Hon. Thomas E. Carlson
       235 Pine Street
       Courtroom 23
       San Francisco, CA

**ORDER GRANTING EX PARTE APPLICATION FOR AN ORDER SHORTENING TIME FOR THE HEARING OF MOTION TO AMEND ORDER RE TURNOVER OF REAL PROPERTY AT 1385 CLAY STREET, SAN FRANCISCO, CALIFORNIA**

Based on the Ex Parte Application filed by the Chapter 11 Trustee and for good cause appearing, the Trustee's application for an order shortening time for the hearing of Trustee's Motion for Order Amending the September 28, 2007 Order Re Turnover of the Real Property at 1385 Clay Street, San Francisco is hereby granted, as follows:

1.    The hearing of the Chapter 11 Trustee's Motion for Order Amending the September 28, 2007 Order Re Turnover of the Real Property at 1385 Clay Street, San Francisco shall take place on Friday, November 2, 2007 at 10:30 a.m. in Courtroom 23, 235 Pine St., San Francisco, California.

1  2. Any opposition to the Chapter 11 Trustee's motion may be filed prior to the hearing or be presented orally at the time of the hearing.

3. The Chapter 11 Trustee may serve this order and her motion by fax and/or email on Patricia Hewlett and Javier Rivera immediately after the entry of this order.

***END OF ORDER***

301020286.3