247

**Entered on Docket**
**November 02, 2007**
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: November 02, 2007

_____
THOMAS E. CARLSON
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>SOPHIE NG,<br><br>            Debtor. | Case No. 06-30904 TEC 11<br>Chapter 11<br><br>Date: November 2, 2007<br>Time: 10:30 a.m.<br>Place: Hon. Thomas E. Carlson<br>      235 Pine Street<br>      Courtroom 23<br>      San Francisco, CA |

**ORDER RE TURNOVER OF REAL PROPERTY AT 1385 CLAY STREET, SAN FRANCISCO, CALIFORNIA (JAVIER RIVERA)**

The court held a hearing at the above date and time on the chapter 11 trustee's Motion for an Order Amending the September 28, 2007 Order Re Turnover of the Real Property at 1385 Clay Street, San Francisco (the "Property"). Jeffrey L. Fillerup appeared for the chapter 11 trustee. Other appearances, if any, are noted on the record.

Upon due consideration, and for reasons stated on the record at the hearing, the court hereby orders as follows:

In addition to the September 28, 2007 order relating to Patricia Hewlett, as of November 2, 2007 at 5:00 p.m., Patricia Hewlett's brother, Javier Rivera, shall vacate the Property and Mr. Rivera is hereby enjoined from going into any part of the Property, except as expressly authorized by an order of this court or upon written express consent of Trustee. Mr. Rivera is also ordered to

1 deliver to the office of the trustee's counsel (Jeffrey Fillerup at 121 Spear St., Suite 200, San
2 Francisco, California, 94105) any and all keys to any doors or locks at the Property, including but
3 not limited to keys to unit #3, the entrances to the building, and any other unit in the building, by
4 5:00 p.m. on November 2, 2007.

***END OF ORDER***

| | |
|---|---|
| 1 | ** COURT SERVICE LIST ** |

| |
|---|
| OFFICE OF THE UNITED STATES TRUSTEE<br>235 Pine Street, Suite 700<br>San Francisco, CA 94104 |
| James Attridge, Esq.<br>1390 Market Street, Suite 1204<br>San Francisco, CA 94102 |
| Mr. Javier Rivera<br>2330 Geary Blvd<br>San Francisco, CA 94115 |
| Javier Rivera<br>1385 Clay St., Unit #3<br>San Francisco, CA 94109 |
| Lewis Phon<br>LAW OFFICES OF LEWIS PHON<br>350 Sansome St. #230<br>San Francisco, CA 94104-1315 |

301020743.3