1  Michael A. Isaacs, State Bar No. 99782
   Jeffrey L. Fillerup, State Bar No. 120543
2  Nhung Le, State Bar No. 209552
3  LUCE, FORWARD, HAMILTON & SCRIPPS LLP
   Rincon Center II, 121 Spear Street, Suite 200
4  San Francisco, California 94105-1582
   Telephone No.: 415.356.4600
5  Fax No.: 415.356.4610
   E-Mail:    misaacs@luce.com
6              jfillerup@luce.com
7              nle@luce.com

8  Attorneys for Appellee JANINA M. ELDER,
   Chapter 11 Trustee

9

10                      UNITED STATES DISTRICT COURT

11                     NORTHERN DISTRICT OF CALIFORNIA

12                           SAN FRANCISCO DIVISION

13 |                                    | Case No. 07-CV-05883 CRB
14 | PATRICIA ISABELLE HEWLETT,          |
15 |         Appellant,                  | **NOTICE OF MOTION AND MOTION TO DISMISS APPEAL [F.R.C.P. 12(b)(1)]**
16 | v.                                  | Date:  February 1, 2008
                                         | Time:  10:00 a.m.
17 | JANINA M. ELDER, Trustee,            | Place: 450 Golden Gate Ave.
                                         |        Courtroom 8, Floor 19
18 |         Appellee.                   |        San Francisco, CA
19

20

21 TO:  APPELLANT PATRICIA HEWLETT AND HER ATTORNEYS OF RECORD

22      TAKE NOTICE that on February 1, 2008 at the United States District Court, Courtroom

23 8, Floor 19 (Judge Breyer), located at 450 Golden Gate Ave., San Francisco, California, Appellee

24 Janina M. Elder, Chapter 11 Trustee, will move this Court for an order dismissing the appeal filed

25 by Appellant Patricia Hewlett on November 5, 2007, on the ground that this Court lacks subject

26 matter jurisdiction because Ms. Hewlett's notice of appeal was not filed within 10-days of the

27 September 28, 2007 order which is the subject of the appeal.

28

This motion shall be based on this Notice of Motion and Motion to Dismiss Appeal, the Memorandum in Support of Motion to Dismiss Appeal, Federal Rule of Civil Procedure 12(b)(1), Bankruptcy Rule 8002(a), the records submitted by the Trustee in connection with this appeal, and such other argument and evidence as is offered by the Trustee in connection with this motion.

DATED: December 28, 2007                LUCE, FORWARD, HAMILTON & SCRIPPS LLP

By: _____
Jeffrey L. Fillerup
Attorneys for Appellee JANINA M. ELDER,
Chapter 11 Trustee

301025828.1