1  Michael A. Isaacs, State Bar No. 99782
   Jeffrey L. Fillerup, State Bar No. 120543
2  Nhung Le, State Bar No. 209552
   LUCE, FORWARD, HAMILTON & SCRIPPS LLP
3  Rincon Center II, 121 Spear Street, Suite 200
   San Francisco, California 94105-1582
4  Telephone No.: 415.356.4600
5  Fax No.: 415.356.4610
   E-Mail:     misaacs@luce.com
6              jfillerup@luce.com
7              nle@luce.com

8  Attorneys for JANINA M. ELDER,
   Chapter 11 Trustee
9

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                 SAN FRANCISCO DIVISION

13 
                                        Case No. 07-CV-055883 CRB
14 PATRICIA ISABELLE HEWLETT,

15      Appellant,                      **CERTIFICATE OF SERVICE**

16 v.

17 JANINA M. ELDER,

18      Appellee.

19
        At the time of service, I was over 18 years of age and not a party to this action. I am
20 employed in the County of San Francisco, State of California. My business address is Rincon
   Center II, 121 Spear Street, Suite 200, San Francisco, California 94105-1582.
21
        On December 28, 2007, I served true copies of the following document(s) described as
22

23 **NOTICE OF MOTION AND MOTION TO DISMISS APPEAL [F.R.C.P. 12(b)(1)]**

24 **MEMORANDUM IN SUPPORT OF MOTION TO DISMISS APPEAL [F.R.C.P. 12(b)(1)]**

25 **[PROPOSED] ORDER GRANTING MOTION TO DISMISS APPEAL [F.R.C.P. 12(b)(1)]**

26
   [X]   **BY MAIL**: By placing a true copy in an envelope addressed as shown to the parties
27       below. I am familiar with Luce, Forward, Hamilton & Scripps LLP's practice whereby
         each document is placed in an envelope, the envelope is sealed, the appropriate postage is
28       placed thereon and the sealed envelope is placed in the office mail receptacle. Each day the

1  mail is collected and deposited in a United States postal mailbox at or before the close of business each day.

2

3  James Attridge, Esq.
   1390 Market Street, Suite 1204
4  San Francisco, CA 94102-5306
   Phone 415-552-3188
5  Facsimile 415.522.0513
   *Attorney for Defendant Patricia Hewlett*
6

7
   [X]   **ELECTRONIC TRANSMISSION**: I declare that a copy of said document(s) was filed
8        electronically on the above date through the ECF system for the United States District
         Court, Northern District of California and to the best of my knowledge notice of this filing
9        will be transmitted to all parties through the Court's ECF system.

10  James Attridge, Esq.
    1390 Market Street, Suite 1204
11  San Francisco, CA 94102-5306
    Phone 415-552-3188
12  Facsimile 415.522.0513
    *Attorney for Defendant Patricia Hewlett*
13

14
    [X]   **FEDERAL:** I declare that I am employed in the office of a member of the bar of this court
15        at whose direction the service was made.

16      I declare under penalty of perjury under the laws of the State of California that the
    foregoing is true and correct.
17
        Executed on December 28, 2007, at San Francisco, California.
18

19                                                          _____
                                                            Cheryl Cormier
20

21  301026098.1

22

23

24

25

26

27

28