Michael A. Isaacs, State Bar No. 99782
Jeffrey L. Fillerup, State Bar No. 120543
Nhung Le, State Bar No. 209552
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
Rincon Center II, 121 Spear Street, Suite 200
San Francisco, California 94105-1582
Telephone No.: 415.356.4600
Fax No.: 415.356.4610
E-Mail:    misaacs@luce.com
           jfillerup@luce.com
           nle@luce.com

Attorneys for Appellee JANINA M. ELDER,
Chapter 11 Trustee

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PATRICIA ISABELLE HEWLETT,<br><br>    Appellant,<br><br>v.<br><br>JANINA M. ELDER, Trustee,<br><br>    Appellee. | Case No. 07-CV-05883 CRB<br><br>**[PROPOSED] ORDER GRANTING MOTION TO DISMISS APPEAL [F.R.C.P. 12(b)(1)]**<br><br>Date: February 1, 2008<br>Time: 10:00 a.m.<br>Place: 450 Golden Gate Ave.<br>       Courtroom 8, Floor 19<br>       San Francisco, CA |

The Appellee's motion to dismiss the appeal filed by Appellant Patricia Hewlett pursuant to Federal Rule of Civil Procedure 12(b)(1), came on for hearing on February 1, 2008 at 10:00 a.m. Jeffrey L. Fillerup appeared for the moving party, Appellee Janina M. Elder, Chapter 11 Trustee. James Attridge appeared for the Appellant Patricia Hewlett.

Based on the papers filed in support of and against the Trustee's Rule 12(b)(1) motion and the argument of counsel, IT IS HEREBY ORDERED that the Trustee's motion is granted and the Appellant's appeal is dismissed because this Court lacks subject matter jurisdiction over the

1  subject of the appeal because the Appellant's notice of appeal was not filed within the 10-day time
2  period provided in Bankruptcy Rule 8002(a).

Dated: February    , 2008          By: _____
                                        Charles R. Breyer
                                        United States District Court Judge

301025854.1