1 | Michael A. Isaacs, State Bar No. 99782
2 | Jeffrey L. Fillerup, State Bar No. 120543
    Nhung Le, State Bar No. 209552
3 | LUCE, FORWARD, HAMILTON & SCRIPPS LLP
    Rincon Center II, 121 Spear Street, Suite 200
4 | San Francisco, California 94105-1582
    Telephone No.: 415.356.4600
5 | Fax No.: 415.356.4610
    E-Mail:    misaacs@luce.com
6 |            jfillerup@luce.com
7 |            nle@luce.com

8 | Attorneys for JANINA M. ELDER,
    Chapter 11 Trustee

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PATRICIA ISABELLE HEWLETT,<br><br>    Appellant,<br><br>v.<br><br>JANINA M. ELDER,<br><br>    Appellee. | Case No. 07-CV-05883 CRB<br><br>**CERTIFICATE OF SERVICE**<br><br>Date:  February 1, 2008<br>Time:  10:00 a.m.<br>Place: 450 Golden Gate Ave.<br>         Courtroom 8, Floor 19<br>         San Francisco, CA |

1

Case No. 07-CV-055883 CRB
CERTIFICATE OF SERVICE

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of San Francisco, State of California. My business address is Rincon Center II, 121 Spear Street, Suite 200, San Francisco, California 94105-1582.

On January 18, 2008, I served true copies of the following document(s) described as

**REPLY TO OPPOSITION TO MOTION TO DISMISS APPEAL [F.R.C.P. 12(b)(1)]**

[X]   BY MAIL: By placing a true copy in an envelope addressed as shown to the parties below. I am familiar with Luce, Forward, Hamilton & Scripps LLP's practice whereby each document is placed in an envelope, the envelope is sealed, the appropriate postage is placed thereon and the sealed envelope is placed in the office mail receptacle. Each day the mail is collected and deposited in a United States postal mailbox at or before the close of business each day.

James Attridge, Esq.
1390 Market Street, Suite 1204
San Francisco, CA 94102-5306
Phone 415-552-3188
Facsimile 415.522.0513
*Attorney for Defendant Patricia Hewlett*

[X]   ELECTRONIC TRANSMISSION: I declare that a copy of said document(s) was filed electronically on the above date through the ECF system for the United States District Court, Northern District of California and to the best of my knowledge notice of this filing will be transmitted to all parties through the Court's ECF system.

James Attridge, Esq.
1390 Market Street, Suite 1204
San Francisco, CA 94102-5306
Phone 415-552-3188
Facsimile 415.522.0513
*Attorney for Defendant Patricia Hewlett*

[X]   FEDERAL: I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on January 18, 2008, at San Francisco, California.

*/s/ Cheryl Cormier*
Cheryl Cormier

301028363.1