UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA HEWLETT, | Case Number: CV07-05883 CRB |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| JANINA ELDER et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 28, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

USBC Manager-San Francisco
United States Bankruptcy Court
235 Pine Street
P.O. Box 7341
San Francisco, CA 94120-7341


Thomas E. Carlson
USBC-San Francisco
for the Northern Dist. Of CA
235 Pine St
P.O. Box 7341
San Francisco, CA 94104

Dated: January 28, 2008

                                         Richard W. Wieking, Clerk
                                         By: Barbara Espinoza, Deputy Clerk