**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **February 1, 2008**

**C-07-05883** CRB

   **PATRICIA HEWLETT  v.  JANINA ELDER**

Attorneys:    James Attridge                    Jeffrey Fillerup

Deputy Clerk: **BARBARA ESPINOZA**        Reporter:  **Debra Pas**

**PROCEEDINGS:**                                                                 **RULING:**

1.  Appellee's Motion to Dismiss Appeal                       Submitted

2. 

3. 

**ORDERED AFTER HEARING:**



( ) ORDER TO BE PREPARED BY:   Plntf _____ Deft _____ Court _____

( ) Referred to Magistrate Judge For: _____

( ) CASE CONTINUED TO _____   for _____

Discovery Cut-Off _____       Expert Discovery Cut-Off _____

Plntf to Name Experts by _____   Deft to Name Experts by _____

P/T Conference Date _____ Trial Date _____ Set for _____ days
                     Type of Trial:  ( )Jury    ( )Court

Notes: _____