IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE: SOPHIA NG,

    Debtor

_____/

PATRICIA HEWLETT,

    Appellant,

 v.

JANINA ELDER,

    Appellee.

_____/

No. C 07-05883 CRB

Bankruptcy No. 06-30904 TEC

**JUDGMENT**

The Court having dismissed appellant's appeal of the bankruptcy court's September 28, 2007 Order as untimely, the September 28, 2007 Order is affirmed.

**IT IS SO ORDERED.**

Dated: Feb. 1, 2008

_____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2007\5883\Judgment.wpd