JAMES ATTRIDGE (SBN124003)
Business Trial Lawyer
1390 Market Street, Suite 1204
San Francisco, CA 94102
Telephone: (415) 552-3088
Facsimile: (415) 522-0513

Attorney for Patricia Hewlett

FILED
08 MAR 11 PM 2:56

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA SAN FRANCISCO DIVISION

In Re:

SOPHIE NG,

    Debtor

-------------------------------------------

Patricia Hewlett,

  Appellant

v.

Janina Elder,

  Appellee

No :

DC No: C07-05883 CRB

Bankruptcy No 06-30904 TEC

**Notice of Appeal**

Patricia Hewlett appeals to the United States Court of Appeals Ninth Circuit from the final judgment of the District court entered on February 11, 2008.

Dated March 11, 2008                    _____

1