1  JAMES ATTRIDGE (SBN124003)
   Business Trial Lawyer
2  1390 Market Street, Suite 1204
   San Francisco, CA 94102
3  Telephone: (415) 552-3088
   Facsimile: (415) 522-0513
4
   Attorney for Patricia Hewlett
5



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA SAN FRANCISCO DIVISION

| In Re:<br><br>SOPHIE NG,<br><br>Debtor<br>-----------------------------------------------<br>Patricia Hewlett,<br><br>  Appellant<br><br>v.<br><br>Janina Elder,<br><br>  Appellee | No :<br><br>DC No: C07-05883 CRB<br><br>Bankruptcy No 06-30904 TEC<br><br>**Representation Statement** |

The undersigned represents Patricia Hewlett appellant in this matter, and no other party. Attached is a service list that shows all parties to the action below, and identifies their counsel by name, firm, address, and telephone number.

1 | Dated: March 11, 2008

2 | James Attridge

4 | Service List

6 | Jeffrey Fillerup
7 | Luce Forward Hamilton & Scripps
8 | 121 Spear Street, Suite 200
9 | San Francisco, CA  94105
10 | 415-356-4600
11 | Counsel for Janina Elder