**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

March 12, 2008

Clerk
U.S. Court of Appeals
For the Ninth Circuit
P.O. Box 193939
San Francisco, CA 94119-3939

**CASE NUMBER: CV 07-05883 CRB**

**CASE TITLE: PATRICIA HEWLETT-v-JANINA ELDER**

USCA Case Number:

Dear Sir/Madam:

 Enclosed is the **Notice of Appeal** in the above captioned case.  Please acknowledge receipt on the enclosed copy of this letter and return it to this office.

       Sincerely,

       RICHARD W. WIEKING, Clerk


       by:  Maria Loo
       Case Systems Administrator

cc:  Counsel of Record