UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

March 12, 2008

**CASE INFORMATION:**
Short Case Title:  PATRICIA HEWLETT -v- JANINA ELDER
Court of Appeals No. (leave blank if unassigned )
U.S. District Court, Division & Judge Name: USDC, Northern District of CA, Judge Charles R. Breyer
Criminal and/or Civil Case No.:  CV 07-05883 CRB
Date Complaint/Indictment/Petition Filed: 11/20/07
Date Appealed order/judgment *entered* 2/11/08
Date NOA *filed* 3/11/08
Date(s) of Indictment  Plea Hearing  Sentencing

COA Status (check one):   ☐ granted in full (attach order)      ☐ denied in full (send record)
                          ☐ granted in part (attach order)      ☐ pending

Court Reporter(s) Name & Phone Number: Debra Pas, (415) 431-1477

*Magistrate Judge's Order?  If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid: 3/11/08              Date Docket Fee Billed:
Date FP granted:                           Date FP denied:
Is FP pending? ☐ yes  ☐ no                 Was FP limited ☐? Revoked ☐?
US Government Appeal? ☐ yes  ☐ no
Companion Cases?  Please list:
*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION** (Please include email address)
Appellate Counsel:                         Appellee Counsel:
James Attridge                             Jeffrey L. Fillerup
Law Office of James Attridge               Luce Forward Hamilton & Scripps LLP
The Fox Plaza                              Rincon Center II
1390 Market Street, Suite 1204             121 Spear Street, Suite 200
San Francisco, CA 94111                    San Francisco, CA 94105

Tel. No. : (415) 552-3088                  Tel. No. : (415) 356-4600

☐ retained  ☐ CJA  ☐ FPD  ☐ Pro Se  ☐ Other    *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID:                               Address:
Custody:
Bail:

**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid:                    9th Circuit Docket Number:

Name & Phone Number of Person Completing this Form: Maria Loo, (415) 522-2000