JAMES ATTRIDGE (SBN124003)
Business Trial Lawyer
1390 Market Street, Suite 1204
San Francisco, CA 94102
Telephone: (415) 552-3088
Facsimile: (415) 522-0513

Attorney for Patricia Hewlett

FILED
08 MAR 12 PM 2:56

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re: | No : |
| | DC No: C07-05883 CRB |
| | Bankruptcy No 06-30904 TEC |
| SOPHIE NG, | |
| | **Notice of Appeal** |
| Debtor | |
| --------------------------------- | |
| Patricia Hewlett, | |
|   Appellant | |
| v. | |
| Janina Elder, | |
|   Appellee | |

Patricia Hewlett appeals to the United States Court of Appeals Ninth Circuit from the final judgment of the District court entered on February 11, 2008.

Dated March 11, 2008        _____

1