APPEAL, CLOSED, E-Filing, RELATE

# U.S. District Court
## California Northern District (San Francisco)
## CIVIL DOCKET FOR CASE #: 3:07-cv-05883-CRB
## Internal Use Only

| | |
|---|---|
| Hewlett v. Elder<br>Assigned to: Hon. Charles R. Breyer<br>Case in other court: US Bankruptcy Court, San Francisco, 06-30904 TEC<br>Cause: 28:0158 Notice of Appeal re Bankruptcy Matter (BAP) | Date Filed: 11/20/2007<br>Date Terminated: 02/11/2008<br>Jury Demand: None<br>Nature of Suit: 422 Bankruptcy Appeal (801)<br>Jurisdiction: Federal Question |

**Appellant**

**Patricia Hewlett**                          represented by  **James Attridge**
Law Office of James Attridge
The Fox Plaza
1390 Market Street, Suite 1204
San Francisco, CA 94111
415-552-3088
Fax: 415-522-0513
Email: jattridge@attridgelaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Appellee**

**Janina Elder**                                represented by  **Jeffrey L. Fillerup**
Luce Forward Hamilton & Scripps LLP

Rincon Center II
121 Spear Street
Suite 200
San Francisco, CA 94105
415/356-4600
Fax: 415-356-3881
Email: jfillerup@luce.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael A. Isaacs**
Luce, Forward, Hamilton & Scripps LLP
Rincon Center II

        121 Spear Street
Suite 200
San Francisco, CA 94105
415-356-4600
Fax: 415-356-4610
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nhung Le**
Luce, Forward, Hamilton & Scripps LLP
Rincon Center II
121 Spear Street
Suite 200
San Francisco, CA 94105
415/356-4600
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Miscellaneous**

| | | |
|---|---|---|
| **USBC Manager-San Francisco** | represented by | **USBC Manager-San Francisco** <br> United States Bankruptcy Court <br> 235 Pine Street <br> P.O. Box 7341 <br> San Francisco, CA 94120-7341 <br> 415-268-2300 <br> *PRO SE* |

**Miscellaneous**

| | | |
|---|---|---|
| **Judge Thomas E. Carlson** | represented by | **Thomas E. Carlson** <br> USBC-San Francisco <br> for the Northern Dist. of CA <br> 235 Pine St <br> P.O. Box 7341 <br> San Francisco, CA 94104 <br> *PRO SE* |

| Date Filed | # | Docket Text |
|---|---|---|
| 11/20/2007 | 1 | Notice of APPEAL FROM BANKRUPTCY COURT. Bankruptcy Court case number 06-30904 TEC. Filed by Patricia Hewlett. (slh, COURT STAFF) (Filed on 11/20/2007) Additional attachment(s) added on 11/27/2007 (slh, COURT STAFF). (Entered: 11/27/2007) |
| 11/20/2007 | 2 | NOTICE OF FILING OF APPEAL & SCHEDULING ORDER: Status Conference set for 2/26/2008 02:00 PM. (slh, COURT STAFF) (Filed on 11/20/2007) (Entered: 11/27/2007) |
| 11/20/2007 | | CASE DESIGNATED for Electronic Filing. (slh, COURT STAFF) (Filed on 11/20/2007) (Entered: 11/27/2007) |

| Date | # | Description |
|---|---|---|
| 11/29/2007 | 3 | NOTICE by Janina Elder *of Related Case (N.D. Local Rule 3-13)* (Fillerup, Jeffrey) (Filed on 11/29/2007) (Entered: 11/29/2007) |
| 11/29/2007 | 4 | CERTIFICATE OF SERVICE by Janina Elder re 3 Notice (Other) *of Related Case (N.D. Local Rule 3-13)* (Fillerup, Jeffrey) (Filed on 11/29/2007) (Entered: 11/29/2007) |
| 12/05/2007 | 5 | BANKRUPTCY RECORD ON APPEAL filed by Patricia Hewlett, Janina Elder. (slh, COURT STAFF) (Filed on 12/5/2007) (Entered: 12/17/2007) |
| 12/17/2007 | 6 | Notice of Briefing: Appellant Brief due by 1/23/2008. (slh, COURT STAFF) (Filed on 12/17/2007) (Entered: 12/17/2007) |
| 12/20/2007 | 7 | ORDER RELATING CASE C-07-5883MJJ to C-07-5532CRB. Signed by Judge Charles R. Breyer on 12/20/07. (be, COURT STAFF) (Filed on 12/20/2007) (Entered: 12/20/2007) |
| 12/20/2007 | 8 | CLERK'S NOTICE Case Management Conference set for 2/29/2008 08:30 AM. (be, COURT STAFF) (Filed on 12/20/2007) (Entered: 12/20/2007) |
| 12/20/2007 | 9 | CLERK'S NOTICE vacating case management conference. (appeal record on file) (be, COURT STAFF) (Filed on 12/20/2007) (Entered: 12/20/2007) |
| 12/20/2007 | 10 | Supplemental BANKRUPTCY RECORD ON APPEAL by USBC Manager-San Francisco. (sv, COURT STAFF) (Filed on 12/20/2007) (Entered: 12/26/2007) |
| 12/26/2007 |  | Case Reassigned to Judge Hon. Charles R. Breyer. Judge Hon. Martin J. Jenkins no longer assigned to the case. Signed by Executive Committee on 12/26/07. (mab, COURT STAFF) (Filed on 12/26/2007) (Entered: 12/26/2007) |
| 12/26/2007 | 11 | NOTICE by Janina Elder re 10 Bankruptcy Record on Appeal, 5 Bankruptcy Record on Appeal *Supplement to Appellee's Counter Designation of Record on Appeal* (Fillerup, Jeffrey) (Filed on 12/26/2007) (Entered: 12/26/2007) |
| 12/26/2007 | 12 | CERTIFICATE OF SERVICE by Janina Elder re 11 Notice (Other) *Supplement to Appellee' Counter Designation of Record* (Fillerup, Jeffrey) (Filed on 12/26/2007) (Entered: 12/26/2007) |
| 12/28/2007 | 13 | NOTICE by Janina Elder *Appellee's Amended Counter Designation of Record on Appeal (Regarding Bankruptcy Orders)* (Attachments: # 1 8-20-07 Bankruptcy Order - Docket 169, # 2 9-28-07 Bankruptcy Order - Docket 193, # 3 10-2-07 Bankruptcy Order - Docket 197, # 4 10-23-07 Bankruptcy Order - Docket 238, # 5 10-26-07 Bankruptcy Order - Docket 242, # 6 11-2-07 Bankruptcy Order - Docket 247)(Fillerup, Jeffrey) (Filed on 12/28/2007) (Entered: 12/28/2007) |
| 12/28/2007 | 14 | CERTIFICATE OF SERVICE by Janina Elder re 13 Notice (Other), Notice (Other) *Appellee's Amended Counter-Designation of Record on* |

| | | |
|---|---|---|
| | | *Appeal* (Fillerup, Jeffrey) (Filed on 12/28/2007) (Entered: 12/28/2007) |
| 12/28/2007 | 15 | MOTION for Hearing */Notice of Motion and Motion to Dismiss Appeal [F.R.C.P. 12 9(b)(1)* filed by Janina Elder. Motion Hearing set for 2/1/2008 10:00 AM in Courtroom 8, 19th Floor, San Francisco. (Attachments: # 1 Proposed Order)(Fillerup, Jeffrey) (Filed on 12/28/2007) (Entered: 12/28/2007) |
| 12/28/2007 | 16 | Brief *Memorandum in Support of 15 Motion to Dismiss Appeal [F.R.C.P. 12(b)(1)]* filed byJanina Elder. (Related document(s) 15 ) (Fillerup, Jeffrey) (Filed on 12/28/2007) Modified on 1/3/2008 (mcl, COURT STAFF). (Entered: 12/28/2007) |
| 12/28/2007 | 17 | CERTIFICATE OF SERVICE re 15 Motion to dismiss, 16 Memorandum in support and Proposed Order by Janina Elder (Fillerup, Jeffrey) (Filed on 12/28/2007) Modified on 1/3/2008 (mcl, COURT STAFF). (Entered: 12/28/2007) |
| 12/28/2007 | 18 | Proposed Order *Granting 15 Motion to Dismiss Appeal* by Janina Elder. (Fillerup, Jeffrey) (Filed on 12/28/2007) Modified on 1/3/2008 (mcl, COURT STAFF). (Entered: 12/28/2007) |
| 01/11/2008 | 19 | Memorandum in Opposition *Opposition to 15 Motion to Dismiss Appeal* filed by Patricia Hewlett. (Attridge, James) (Filed on 1/11/2008) Modified on 1/14/2008 (mcl, COURT STAFF). (Entered: 01/11/2008) |
| 01/18/2008 | 20 | Reply to Opposition *to 15 Motion to Dismiss Appeal* filed byJanina Elder. (Fillerup, Jeffrey) (Filed on 1/18/2008) Modified on 1/24/2008 (mcl, COURT STAFF). (Entered: 01/18/2008) |
| 01/18/2008 | 21 | CERTIFICATE OF SERVICE by Janina Elder re 20 Reply to Opposition *to Motion to Dismiss Appeal* (Fillerup, Jeffrey) (Filed on 1/18/2008) (Entered: 01/18/2008) |
| 01/24/2008 | 22 | ORDER re: motion to dismiss. Signed by Judge Charles R. Breyer on 1/24/2008. (crblc1, COURT STAFF) (Filed on 1/24/2008) (Additional attachment(s) added on 1/28/2008: # 1 Certificate of Service) (be, COURT STAFF). (Entered: 01/24/2008) |
| 01/30/2008 | 23 | Supplemental Memorandum *in Support of 15 Motion to Dismiss [F.R.C.P. 12(b)(1)]* filed by Janina Elder. (Fillerup, Jeffrey) (Filed on 1/30/2008) Modified on 1/31/2008 (mcl, COURT STAFF). (Entered: 01/30/2008) |
| 01/30/2008 | 24 | CERTIFICATE OF SERVICE by Janina Elder re 23 Reply Memorandum (Fillerup, Jeffrey) (Filed on 1/30/2008) (Entered: 01/30/2008) |
| 02/01/2008 | | Set Deadlines/Hearings: Initial Case Management Conference set for 4/18/2008 08:30 AM. Case Management Statement due by 4/4/2008. (be, COURT STAFF) (Filed on 2/1/2008) (Entered: 02/01/2008) |
| 02/01/2008 | 25 | Minute Entry: Motion Hearing held on 2/1/2008 before Charles R. Breyer (Date Filed: 2/1/2008). (Court Reporter Debra Pas.) (be, COURT |

| | | |
|---|---|---|
| | | STAFF) (Date Filed: 2/1/2008) (Entered: 02/01/2008) |
| 02/11/2008 | 26 | ORDER by Judge Charles R. Breyer granting 15 to dismiss appeal. (crblc1, COURT STAFF) (Filed on 2/11/2008) (Entered: 02/11/2008) |
| 02/11/2008 | 27 | JUDGMENT. Signed by Judge Charles R. Breyer on 2/11/2008. (crblc1, COURT STAFF) (Filed on 2/11/2008) (Entered: 02/11/2008) |
| 02/11/2008 | | (Court only) ***Civil Case Terminated. (crblc1, COURT STAFF) (Filed on 2/11/2008) (Entered: 02/11/2008) |
| 03/11/2008 | 28 | NOTICE OF APPEAL as to 27 Judgment by Patricia Hewlett. Filing fee $ 455, receipt number 34611016861. (mcl, COURT STAFF) (Filed on 3/11/2008) (Entered: 03/12/2008) |
| 03/11/2008 | 29 | REPRESENTATION STATEMENT by Patricia Hewlett re 28 Notice of Appeal. (mcl, COURT STAFF) (Filed on 3/11/2008) (Entered: 03/12/2008) |
| 03/12/2008 | 30 | Transmission of Notice of Appeal and Docket Sheet to US Court of Appeals re 28 Notice of Appeal. (mcl, COURT STAFF) (Filed on 3/12/2008) (Additional attachment(s) added on 3/12/2008: # 1 Appeal Form) (mcl, COURT STAFF). (Entered: 03/12/2008) |
| 03/12/2008 | 31 | Copy of Notice of Appeal and Docket sheet mailed to all counsel. (mcl, COURT STAFF) (Filed on 3/12/2008) (Entered: 03/12/2008) |