**RECEIVED**

MAR 19 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

March 12, 2008

Clerk
U.S. Court of Appeals
For the Ninth Circuit
P.O. Box 193939
San Francisco, CA 94119-3939

08-15554

**CASE NUMBER: CV 07-05883 CRB**

**CASE TITLE: PATRICIA HEWLETT-v-JANINA ELDER**

USCA Case Number:

Dear Sir/Madam:

    Enclosed is the **Notice of Appeal** in the above captioned case. Please acknowledge receipt on the enclosed copy of this letter and return it to this office.

                      Sincerely,

                      RICHARD W. WIEKING, Clerk

                      by: Maria Loo
                      Case Systems Administrator

cc: Counsel of Record

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

March 12, 2008

**CASE INFORMATION:**
Short Case Title: PATRICIA HEWLETT -v- JANINA ELDER
Court of Appeals No. (leave blank if unassigned )
U.S. District Court, Division & Judge Name: USDC, Northern District of CA, Judge Charles R. Breyer
Criminal and/or Civil Case No.: CV 07-05883 CRB
Date Complaint/Indictment/Petition Filed: 11/20/07
Date Appealed order/judgment *entered* 2/11/08
Date NOA *filed* 3/11/08
Date(s) of Indictment  Plea  Hearing  Sentencing

COA Status (check one):  ☐ granted in full (attach order)      ☐ denied in full (send record)
                         ☐ granted in part (attach order)      ☐ pending

Court Reporter(s) Name & Phone Number: Debra Pas, (415) 431-1477

*Magistrate Judge's Order? If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid: 3/11/08            Date Docket Fee Billed:
Date FP granted:                         Date FP denied:
Is FP pending? ☐ yes ☐ no                Was FP limited ☐? Revoked ☐?
US Government Appeal? ☐ yes ☐ no
Companion Cases? Please list:

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION** (Please include email address)

| Appellate Counsel: | Appellee Counsel: |
|---|---|
| James Attridge | Jeffrey L. Fillerup |
| Law Office of James Attridge | Luce Forward Hamilton & Scripps LLP |
| The Fox Plaza | Rincon Center II |
| 1390 Market Street, Suite 1204 | 121 Spear Street, Suite 200 |
| San Francisco, CA 94111 | San Francisco, CA 94105 |
| Tel. No. : (415) 552-3088 | Tel. No. : (415) 356-4600 |

☐ retained  ☐ CJA  ☐ FPD  ☐ Pro Se  ☐ Other      *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID:                             Address:
Custody:
Bail:

**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid:                          9th Circuit Docket Number:

Name & Phone Number of Person Completing this Form: Maria Loo, (415) 522-2000